USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
NEW HAMPSHIRE INSURANCE COMPANY,

                      Plaintiff,                  23-cv-7306 (VEC)

      -against-                              ORDER

SCOTTSDALE INSURANCE COMPANY,

                      Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Initial Pretrial Conference is scheduled for Friday, November 17, 2023, at 10:00 A.M.;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the Initial Pretrial Conference is rescheduled for **Friday, November 17, 2023, at 11:00 A.M**. The parties may attend by phone by dialing 1-888-363-4749, using the access code 3121171, and the security code 7306.

**SO ORDERED.**

**Date: November 13, 2023**
**New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**