USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
NEW HAMPSHIRE INSURANCE COMPANY,

                      Plaintiff,                  23-cv-7306 (VEC)

   -against-                               ORDER

SCOTTSDALE INSURANCE COMPANY,

                      Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 25, 2024, the parties called chambers with a discovery dispute regarding Plaintiff's request for Defendant to produce commutation agreements with its further reinsurers; and

WHEREAS on the call, Defendant agreed to withdraw the word "commuted" from its Ninth Affirmative Defense, *see* Answer, Dkt. 15 at 7;

IT IS HEREBY ORDERED that, for the reason's stated on the call, Plaintiff's request to compel production of Defendant's commutation agreements is DENIED.

IT IS FURTHER ORDERED that Defendant's affirmative defense that the insurance claims relevant to this action were "commuted" is WITHDRAWN. The parties must submit a stipulation agreeing to amended language for Defendant's Ninth Affirmative Defense by not later than **Monday, April 8, 2024**.

**SO ORDERED.**

**Date: March 25, 2024**                                                        **VALERIE CAPRONI**
      **New York, NY**                                                    **United States District Judge**